# EXHIBIT 2

United States Department of the Interior

BUREAU OF MINES

4800 FORBES AVENUE
PITTSBURGH, PENNSYLVANIA 15213

H & S Technical Support Center

Approval and Testing

May 24, 1972

In reply refer to:
213-0299-000

3M Company
Commercial Tape & Gift Wrap Division
3M Center
St. Paul, Minnesota 55101

Attention: Mr. James E. Corbin

Gentlemen:

With reference to your letter of March 29, 1972, requesting approval certification of 3M's No. 8710 single-use dust respirator under 30 CFR, Part 11:

This certificate of approval TC-21C-132 is granted to cover the 3M No. 8710 single use air purifying respirator for respiratory protection against pneumoconiosis and fibrosis producing dusts, including but not limited to aluminum, asbestos, coal, flour, iron ore or free silica.

The enclosed specification for preparing the approval label H-96999-P applies. You may prepare your own label from this specification or wait for copies of the official label which we will send to you as soon as it is finished by our Graphic Services Department. In either case, please submit proofs of your label design before printing it. The label shall be reproduced on each respirator container. The approval number, TC-21C-132 and the words "for Dusts" shall be legibly marked on each respirator.

Your quality control manual for production of the No. 8710 respirator was reviewed by the National Institute for Occupational Safety and Health. On the basis of that review and subsequently accepted amendments, your quality control manual is approved.

3M drawing number 12-2618-0003-6 applies.

Any changes you wish to make in this respirator shall be submitted and a modification of this approval shall be granted before the changes are made. (Ref: Part 11, section 11.35)

Please submit final designs of labels, instructions, and markings to us for approval before finally adopting them.

This certificate of approval is not an endorsement of the respirator by the Bureau of Mines or the National Institute for Occupational Safety and Health, and such endorsement shall not be stated or implied in advertisements or other publicity. However, you may publicize the fact that your product has met the requirements of 30 CFR, Part 11.

Please send me two boxes of properly labeled and packaged TC-21C-132 respirators for our record when they are commercially available.

Very truly yours,

Frank R. Lee for

Frank C. Gibson
Chief, Approval and Testing
Pittsburgh Technical Support Group

cc:
A. K. Gudeman
NIOSH
1014 Broadway
Cincinatti, Ohio 45202

Border, Solid Black approximately 1/16-inch (8 pt.)

# PERMISSIBLE

PERMISSIBLE: and Type of Respirator: 24-30 pt. Gothic Bold Condensed

Type of Respirator

RESPIRATOR
FOR DUSTS

Schedule and Serial Number of Approval

# APPROVAL NO. 21C-132

APPROVAL NO: 24-30 pt. Gothic Bold Condensed

ISSUED TO: 14 pt. Sans-Serif Medium

ISSUED TO

MINNESOTA MINING AND MANUFACTURING COMPANY

Name and Address of Applicant

St. Paul, Minnesota, U.S.A.

NAME: 24-30 pt. Gothic Bold Cond.

Address: 24-30 pt. Roman Serif Bold

The approved assembly consists of TC-21C-132 respirator.

## LIMITATIONS

Approved for respiratory protection against pneumoconiosis and fibrosis producing dusts.

Text: 14 point Sans-Serif Medium Normally set to 7-3/8 inch (may be set narrower or wider to fit space available for approval label)

## CAUTION

This respirator removes only dispersoids from the air. It gives no protection against gases, vapors, or oxygen deficiency.

Follow the manufacturer's instructions for fitting the respirator to the face.

Discard and replace the respirator if it becomes damaged or breathing resistance is excessive.

H-96999-P

Specifications for preparation of Approval Label.