# EXHIBIT 3

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Centers for Disease Control
National Institute for Occupational Safety and Health – ALOSH
944 Chestnut Ridge Road
Morgantown, WV 26505–2888

Our Reference: TN 03043

April 14, 1986

Mr. Donald P. Wilmes
3M Company
3M Center
Building 260-3-02
St. Paul, MN 55144-1000

Reference: Your letter of December 5, 1985

Subject: Request for approval of the 8715 disposable respirator

Dear Mr. Wilmes:

Approval TC-21C-361 is granted to cover the 8715 disposable respirator for respiratory protection against dusts and mists having a time-weighted average not less than 0.05 milligram per cubic meter or 2 million particles per cubic foot and asbestos-containing dusts and mists.

Not for use in atmospheres containing less than 19.5 percent oxygen.

Not for use in atmospheres immediately dangerous to life or health.

Follow the manufacturer's instructions for discarding the respirator.

This respirator shall be selected, fitted, used and maintained in accordance with the Mine Safety and Health Administration, Occupational Safety and Health Administration, and other applicable regulations.

In making renewals or repairs, parts identical with those furnished by the manufacturer under the pertinent approval shall be maintained.

The approved assembly consists of the following 3M parts: 8715 (TC-21C-361) respirator. These parts are to be marked with the indicated numbers in a legible and permanent manner (marking cannot be removed without evidence of its previous presence).

The enclosed approval label designs are to be used in preparing the approval labels. Designs of your labels must be submitted to NIOSH for further approval before printing, and proofs of the printed labels must be submitted to NIOSH for further approval before their final production.

Your quality control plans for the 8715 respirator were reviewed by NIOSH. On the basis of that review, your quality control plan is accepted as a part of this approval.

Your drawing lists dated 11-27-85 for the 8715 respirator apply to this approval.

This Certificate of Approval is not an endorsement of the respirator by the Mine Safety and Health Administration or the National Institute for Occupational Safety and Health, and such endorsement shall not be stated or implied in advertisements or other publicity. However, you may publicize the fact that the product has met the requirements of 30 CFR Part 11.

Any changes you wish to make to this respirator shall be submitted, and a modification of this approval shall be granted before any changes are made. (Reference: Part 11, Section 11.35.)

Please submit samples of respirator packaging, bearing all required labels, instructions, and markings, for our approval, before adopting them. Please send us one package of 8715 respirators to be made a part of the record of this approval. We shall retain several other items as additional record material. All other material will be discarded unless we are otherwise advised by you.

Sincerely yours,

Kenneth P. Klouse, Supervisor,
Office of Quality Assurance
Approval and Certification Center
MSHA

Nancy J. Bollinger, Chief
Certification Branch
Division of Safety Research
NIOSH

Enclosures

cc:
Coffey
Hill
Justiss