# EXHIBIT 4

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

NIOSH Reference: TN-07833
Mfr. Reference: 82101

Centers for Disease Control
and Prevention (CDC)
National Institute for Occupational
Safety and Health - ALOSH
1095 Willowdale Road
Morgantown, WV 26505-2888
PHONE: (304) 285-5907
FAX: (304) 285-6047

August 16, 1995

Mr. Donald Wilmes
3M Company
OH & ES Division
Building 260-3A-07
3M Center
St. Paul, Minnesota 55144

Dear Mr. Wilmes:

The National Institute for Occupational Safety and Health (NIOSH) has reviewed your request dated July 10, 1995. This request was for approval of the models 8210 and 7048, halfmask, disposable N95 particulate respirators. These two models are identical except for the print text on the respirator.

This request is granted. Approval number TC-84A-0007 has been assigned. These respirators are approved for protection at N95 particulate efficiency.

The following cautions and limitations apply to this approval:

A--Not for use in atmospheres containing less than 19.5 percent oxygen.

B--Not for use in atmospheres immediately dangerous to life or health.

C--Do not exceed maximum use concentrations established by regulatory standards.

J--Failure to properly use and maintain this product could result in injury or death.

L--Follow the manufacturer's instructions for changing cartridges and/or filters.

M--All approved respirators shall be selected, fitted, used, and maintained in accordance with MSHA, OSHA, and other applicable regulations.

N--Never substitute, modify, add, or omit parts. Use only exact replacement parts in the configuration as specified by the manufacturer.

3M1391444

O--Refer to users instructions and/or maintenance manuals for information on use and maintenance of these respirators.

The enclosed approval label drafts are to be used in preparing the approval labels. A copy of the final approval labels must be submitted to NIOSH for concurrence before production.

The approved assembly consists of the respirators as listed on the approval label draft. Parts are to be marked with the numbers indicated on the approval label in a legible and permanent manner (marking cannot be removed without evidence of its previous presence).

Your quality control documentation submitted with this request was reviewed by NIOSH. On the basis of that review, this documentation is accepted as part of this approval.

Your drawings, parts lists and/or matrix submitted with this request apply to this approval.

This Certificate of Approval is not an endorsement of the respirator by NIOSH, and such endorsement shall not be stated or implied in advertisements or other publicity. However, you may publicize the fact that this respirator has met the requirements of the Code of Federal Regulations, Title 42, Part 84.

No changes may be made to any respirators without prior written approval of NIOSH. Requests for changes must be submitted to NIOSH and a modification of this approval must be granted before changes are made.

Sincerely yours,

For Richard W. Metzler, Chief
Certification and Quality
Assurance Branch
Division of Safety Research

Enclosure

Case: 1:22-cv-00036-REW-CJS Doc #: 1-4 Filed: 04/28/22 Page: 3 of 3 - Page ID#: 161